# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
SI-HLH-JV ) ASBCA No. 58653
)
Under Contract No. W5J9LE-10-C-0024 )

APPEARANCES FOR THE APPELLANT: Herman M. Braude, Esq.
Edward D. Manchester, Esq.
  Braude Law Group, P.C.
  Rockville, MD

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Cara M. Mroczek, Esq.
Matthew Tilghman, Esq.
Rebecca L. Bockmann, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it has been dismissed from the Board's docket with prejudice.

Dated: January 24, 2019

DONALD E. KINNER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58653, Appeal of SI-HLH-JV, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals